UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| ROBERT BALTIMORE | * | CIVIL ACTION NO. 13-1108<br>Section P |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| WARDEN JERRY W. GOODWIN, ET. AL. | * | MAG. JUDGE KAREN L. HAYES |

## ORDER

The Report and Recommendation has been supplied by Magistrate Judge, and no objections thereto have been filed. The Court notes that because the Plaintiff died on July 14, 2014, he was unable to file any objections to the Report and Recommendation. However, the Court finds that the law on this matter is clear and would be determinative even if an objection had been filed.

Therefore, the Court finds that the Report and Recommendation is supported by the law and the record in this matter, and

IT IS ORDERED that the motion for class certification [doc. # 35] filed by pro se plaintiff Robert Baltimore is hereby DENIED.     THUS DONE AND SIGNED in chambers, Shreveport, Louisiana, this 11th day of September, 2014.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE